1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4

5  Attorneys for Plaintiff
   Alma Clarisa Hernandez
6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ALMA CLARISA HERNANDEZ,           ) No. 5:10-CV-5090-LHK
                                     )
12         Plaintiff,                ) **STIPULATION FOR DISMISSAL OF**
                                     ) **ACTION**
13     vs.                           )
                                     )
14 C & H #608, Inc., dba IHOP #608; ELSIE I. )
   WYNN and RON WYNN,                )
15                                   )
                                     )
16         Defendants.               )
                                     )
17                                   )

18     IT IS HEREBY STIPULATED by and between Plaintiff Alma Clarisa Hernandez and

19 Defendants C & H #608, Inc., Elsie I. Wynn, and Ron Wynn, the parties to this action, by and

20 through their respective counsel, that pursuant to Federal Rule of Civil Procedure

21 41(a)(1)(A)(ii), the above-captioned action be and hereby is dismissed with prejudice in its

22 entirety.

23 Date: April 12, 2011                          MOORE LAW FIRM, P.C.

24

25
                                                 /s/Tanya E. Moore
26                                               Tanya E. Moore
                                                 Attorney for Plaintiff,
27                                               Alma Clarisa Hernandez

28 /

*Hernandez v. C & H #608, Inc., et al.*
Stipulation for Dismissal
                                    Page 1

Date: April 12, 2011                           LAW OFFICES OF KEVIN B. KEVORKIAN


                                              /s/ Kevin B. Kevorkian
                                              Kevin B. Kevorkian, Attorney for
                                              C & H #608, Inc., Elsie I. Wynn, and
                                              Ron Wynn


**ORDER**


The parties having so stipulated,

IT IS HEREBY ORDERED that this action be dismissed with prejudice in its entirety.

Dated: April 14, 2011                          *Lucy H. Koh*
                                              United States District Court Judge